[No. 6713.]

ELDER v. WOOD.

PRACTICE IN THE SUPREME COURT—*Appeal From a Judgment Pursuing a Mandate*, of this court awarded upon the judgment in a former appeal will be dismissed.

*Appeal from Lake District Court.*—Hon. M. S. BAILEY, Judge.

Mr. GEORGE R. ELDER, for appellant.

Mr. FRAZER ARNOLD and Mr. SAMUEL HUSTON THOMPSON, JR., for appellee.

*Per Curiam:*

This case was determined by this court in *Wood Impleaded, Etc. v. McCombe et al.,* 37 Colo. 174, and the cause was remanded with directions to the lower court to vacate its judgment and enter another one in favor of Wood. A writ of error from the supreme court of the United States was sued out to review the judgment of this court, and that judgment was affirmed in *Elder v. Wood,* 208 U. S. 226. Thereupon, the district court entered judgment in obedience to the mandate of this court. The present appeal is from the latter judgment. There were no proceedings subsequent to the entry of

that judgment. The appellee Wood has filed a motion to dismiss this appeal. The motion must be sustained.

Every question now raised by appellant, including the question whether a construction of the constitution of the United States or of this state was involved, was discussed by him in his principal brief, or his brief on his motion for rehearing in the former appeal, and therein determined. The judgment appealed from is, in effect, the judgment of this court entered in exact accordance with our mandate and an appeal therefrom cannot be entertained.—*Stewart v. Salamon,* 97 U. S. 361.

*Motion to dismiss appeal granted.*

Decision *en banc.*

Chief Justice Campbell and Mr. Justice Bailey not participating.

Decided October 7, A. D. 1912. Rehearing denied March 3, 1913.